# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2020

Bridget M. McCormack,
Chief Justice

160208

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

OAKLAWN HOSPITAL,
    Plaintiff-Appellant,

v

SC: 160208
COA: 343189
Calhoun CC: 17-001283-NF

AUTO-OWNERS INSURANCE COMPANY and
HOME-OWNERS INSURANCE COMPANY,
    Defendants-Appellees.
_____/

      On order of the Court, the application for leave to appeal the July 30, 2019 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Pearce v Eaton Co Rd Comm* (Docket No. 158069) and *Brugger v Midland Co Bd of Rd Comm'rs* (Docket No. 158304) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



a0505

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2020



Clerk